IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TONY WAYNE PRITCHETT                                                                    PLAINTIFF

v.                              CASE NO. 4:18-cv-04073

OFFICER WEBB, *et al*.                                                                DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation filed July 20, 2018, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 21. Judge Bryant recommends that this matter be dismissed without prejudice for failure to comply with the Court's local rules and orders and failure to prosecute the case. The parties have not filed objections to the Report and Recommendation and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts Judge Bryant's Report and Recommendation *in toto*. Accordingly, this matter is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 7th day of August, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge